# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 219 MAL 2018
:
Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
HERBERT EARL BROWN, :
:
Petitioner :

## ORDER

**PER CURIAM**

   **AND NOW**, this 25th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.